IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Flores,<br><br>    Plaintiff,<br><br>vs.<br><br>R. Marshall, et al.,<br><br>    Defendants. | No. CV 06-0066-PHX-EHC (ECV)<br><br>**ORDER** |

    Pending before the court are Plaintiff's "Motion to Preserve and Provide Evidence from the Mesa Police Department" (Doc. #5) and "Motion for Court Order to Elaborate Claim" (Doc. #6).

    In the motion to preserve and provide evidence, Plaintiff asks the court to order the Mesa Police Department to provide him electronic recordings from the police cruisers that were used during his arrest. The court docket reflects that no defendants have been served in this matter. When and if any defendants are served, Plaintiff may submit discovery requests seeking this information. Plaintiff has presented no information to suggest the information is not likely to be available through standard discovery procedures. Plaintiff's request is therefore premature and it will be denied.

    Regarding the motion to elaborate his claim, the motion is unnecessary. The District Court issued a screening order in which it determined that the facts alleged in Count One adequately state a claim. Doc. #4. The Court dismissed Counts Two and Three. Id.

1 Plaintiff's motion provides additional facts in support of his claim in Ground One. At this
2 stage of the case, however, Plaintiff does not need to submit additional facts to support his
3 claim and a court order is not necessary for such a submission. The motion will therefore be
4 denied, though the information in the motion will remain in the court file.

5 **IT IS THEREFORE ORDERED:**

6 That Plaintiff's "Motion to Preserve and Provide Evidence from the Mesa Police
7 Department" (Doc. #5) and "Motion for Court Order to Elaborate Claim" (Doc. #6) are
8 **DENIED**.

9 DATED this 17th day of February, 2006.

*Edward C. Voss*
United States Magistrate Judge