IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Flores,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>R. Marshall, et al.,<br><br>　　　　　Defendants. | No. CV 06-0066-PHX-EHC (ECV)<br><br>**ORDER** |

　　　　Plaintiff has filed a Motion for Extension (Doc. #26) in which he seeks an additional three weeks to prepare a summary judgment response. In a prior order (Doc. #22), the court directed Plaintiff to file his response to Defendant's motion for summary judgment on or before November 22, 2006. On November 28, 2006, the same day he filed the instant motion, Plaintiff filed his own motion for summary judgment. Though the instant motion is not clear, Plaintiff is presumably requesting more time to file a response to Defendant's motion. Given that he had time to prepare his own motion, he should have prepared a response to Defendant's motion. Plaintiff will be granted one three week extension to file a response.

///

///

///

///

1 **IT IS THEREFORE ORDERED:**

2 That Plaintiff's Motion for Extension (Doc. #26) is **granted**; Plaintiff's response to
3 Defendant's motion for summary judgment is due on or before **Thursday, December 21,**
4 **2006.**

5 DATED this 6th day of December, 2006.

*Edward C. Voss*
United States Magistrate Judge